**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

ROMAN SZYJKA, et al.,

    PLAINTIFFS,

v.                               Case No.:    ROB-12-CV-2834

PETER VANDERMEER, M.D., et al.,

    DEFENDANTS.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT MIB PARTNERSHIP, LLP ONLY**

The Plaintiffs, by and through counsel, and with the consent of the Defendants, also by and through counsel, pursuant to Rule 41(a), dismisses without prejudice MIB Partnership, LLP, only. The stipulation is agreed to with the understanding that if at a later date it is determined that MIB Partnership, LLP is or may be liable to the Plaintiff, either directly or indirectly as a result of conduct of any Defendant, its employees, servants or agents, or through an insurance policy applicable to the claim, then the Plaintiffs will be authorized, without motion, to return MIB Partnership, LLP to the case as a party Defendant as if it had never been dismissed from the case pursuant to the stipulation. The Defendants, including MIB Partnership, LLP if it is added to the case as a party Defendant, will not assert any defense that was not raised and available at the time of the original Answer filed to the Complaint, and specifically MIB Partnership LLP will not assert a statute of limitations defense.

Request GRANTED This 15th Day of January, 2013.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge

Respectfully submitted,


_/s/ Emily C. Malarkey_
James O'C. Gentry, Jr.
Emily C. Malarkey
Salsbury Clements Bekman
  Marder & Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
*Attorneys for Plaintiffs*



_/s/ Andrew E. Vernick_
Andrew Vernick, Esquire (Bar No. 00416)
Wharton, Levin, Ehrmantraut & Klein, P.A.
P.O. Box 551, 104 West Street
Annapolis, MD 21404-0551
(410) 263-5900
*Counsel for Defendants, Peter Vandermeer, M.D.,
Advanced Radiology, P.A., and MIB Partnership LLP*