IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Roman and Paula Szyjka  
    **Plaintiff**

v.                                      Case No. RDB-12-2834

M.D. Peter Vandermeer, et al  
    **Defendant**

******

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants Peter Vandermeer and Baltimore Washington Medical Center, Inc. against the Plaintiffs, Roman and Paula Szyjka, it is this 21ST day of April, 2014,

**ORDERED**,

1. Judgment is entered in favor of Defendants, Peter Vandermeer and Baltimore Washington Medical Center against Plaintiffs, Roman and Paula Szyjka with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_/s/ Richard D. Bennett_  
*Richard D. Bennett*  
United States District Judge

Order of Judgment (in favor of Defendant) (Rev. 12/2000)