IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROMAN SZYJKA, Individually, And ROMAN AND PAULA SZYJKA, As Husband And Wife | * | |
| | * | |
| Plaintiffs | * | Civil Action No.:   RDB 12 CV 2834 |
| v. | * | |
| PETER VANDERMEER, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, Roman and Paula Szyjka, by and through their counsel, James O'C. Gentry, Emily C. Malarkey, and Salsbury, Clements, Bekman, Marder & Adkins LLC, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment of this Court recording the jury verdict, entered in this action on the 21st day of April, 2014, and docketed as Document 105.

*Emily C. Malarkey*
James O'C. Gentry, Bar. No. 29797
Emily C. Malarkey, Bar No. 21897
SALSBURY, CLEMENTS, BEKMAN,
MARDER & ADKINS LLC
300 W. Pratt St., Suite 450
Baltimore, MD 21201
(410) 539-6633
*Attorneys for Plaintiffs*

1